**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Suite 112
Fresno, California 93720
Telephone (559) 449-9069
Facsimile (559) 449-9016


Attorney for Defendant,
ANTONIO DE LEON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:08-cr-00246-OWW |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| ) | SENTENCING TO AUGUST 8, 2011; |
| vs. ) | ORDER |
| ) | |
| ANTONIO DE LEON, ) | Date:  August 8, 2011 |
| ) | Time:  1:30 PM |
| Defendant. ) | Judge: Hon. Oliver W. Wanger |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Sentencing of Defendant, ANTONIO DE LEON currently set for July 25, 2011 at 1:30 p.m. in the above captioned matter **may be continued to August 8, 2011, at 1:30 p.m.**

///

///

///

///

///

///

1    This request is made because the defense counsel has a scheduling conflict.  Assistant
2  United States Attorney Kathleen Servatius has no objection to this request.

4  Dated: June 16, 2011                                     By:  /s/ Carol Ann Moses
                                                                               CAROL ANN MOSES
5                                                                              Attorney for Antonio De Leon

6  Dated: June 16, 2011                                            LAWRENCE G. BROWN
                                                                              Acting United States Attorney

8                                                                     By:  /s/ Kathleen Servatius
                                                                                KATHLEEN SERVATIUS
9                                                                               Assistant U.S. Attorney

12                                              **ORDER**

24
   IT IS SO ORDERED.
25
   **Dated:    June 17, 2011**                              /s/ Oliver W. Wanger
26                                                                           UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE
SENTENCING TO AUGUST 8, 2011;                   2
ORDER THEREON